IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division



```
                                          )
IN THE MATTER OF ORAL ARGUMENT            )
IN SOCIAL SECURITY APPEALS BEFORE         )
UNITED STATES MAGISTRATE JUDGE            )
DAVID J. NOVAK                            )
                                          )
```

## REVISED STANDING ORDER IN SOCIAL SECURITY CASES

Effective immediately, if a party believes that oral argument is appropriate, that party shall file a separate motion requesting oral argument with an accompanying memorandum in support thereof. In the supporting memorandum, the party shall specify the issues to be addressed at oral argument. Further, the party shall address why those issues cannot be addressed sufficiently in a filing with the Court. The motion requesting oral argument and accompanying memorandum in support shall be filed not later than the date on which the party requesting oral argument files a motion for summary judgment. For all cases in which motions for summary judgment were filed before entry of this Revised Standing Order, the parties shall have five (5) business days from the date of entry of this Revised Standing Order to submit a motion requesting oral argument and accompanying memorandum. The Court shall consider any failure to affirmatively address oral argument as a representation that the party does not consider oral argument to be appropriate in that case. Any representations concerning oral argument shall not impact the Court's decision on the merits.

This Revised Standing Order supersedes all other Standing Orders regarding oral argument in Social Security cases, including the Standing Order dated March 29, 2012.

Let the Clerk publish this Standing Order on the Court's website and file this Standing Order electronically in current and future Social Security cases.

It is so ORDERED.

/s/

David J. Novak
United States Magistrate Judge

Richmond, Virginia
Dated: October 17, 2013